UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

PATRICE A. FRASER,

    Plaintiff,

v.                                                             CASE NO. 9:21-cv-82090

LABORATORY CORPORATION OF
AMERICA,

    Defendant.
_____/

**DEFENDANTS' NOTICE OF REMOVAL OF ACTION**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Laboratory Corporation of America ("Labcorp") file this notice to remove the above-styled action filed by Plaintiff Patrice A. Fraser ("Plaintiff") from the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida to the United States District Court for the Southern District of Florida. The grounds for removal are as follows:

1. <u>Nature of the Action</u>:  This is a civil action alleging discrimination and retaliation, in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2 ("Title VII"), 42 U.S.C. § 1981, and the Florida Civil Rights Act, Fla. Stat. § 760, et seq. ("FCRA").

2. <u>Plaintiff's Complaint</u>:  Plaintiff instituted this action by filing her Complaint in the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida.  The Complaint, entitled *Patrice A Fraser v. Laboratory Corporation of America,* Case No. 50-2021-CA-012041-XXXX-MB, was filed with the state court on October 26, 2021.

3. <u>Service On Defendant</u>: Labcorp received a copy of the Complaint on October 29, 2021 through service of process on its registered agent. Thus, Labcorp's time to remove this action commenced on October 29, 2021. *See* 28 U.S.C. § 1446(b).

4. <u>Timing of Notice of Removal</u>: Pursuant to 28 U.S.C. § 1446(b), Defendant timely file this Notice of Removal within 30 days of the date on which they received a copy of Plaintiff's Complaint.

5. <u>Original Jurisdiction</u>: This Court has federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331, because Plaintiff asserts claims arising under Title VII and 42 U.S.C. § 1981. Because the Court has original jurisdiction over the action, the action is removable pursuant to 28 U.S.C. §§ 1441 and 1446.

6. <u>Supplemental Jurisdiction</u>: The Court has supplemental jurisdiction over Plaintiff's FCRA claims pursuant to 28 U.S.C. § 1367(a), because Plaintiff's federal and Florida claims arise from the same set of operative facts. Indeed, the operative facts that form the basis for Plaintiff's federal claims are identical to those that form the basis for their state law claims. Thus, removal is proper.

7. <u>Venue</u>: As described in the Complaint, the alleged events at issue occurred in Palm Beach County, Florida. (Complaint, ¶4). Thus, venue is proper in the United States District Court for the Southern District of Florida, West Palm Beach Division, pursuant to 28 U.S.C. § 1391 and Rule 3.1 of the Local Rules for the Southern District of Florida. Upon information and belief, Plaintiff is a resident of the State of Florida. Moreover, Labcorp conducts business in Florida. (Complaint, ¶¶ 4-5).

Pursuant to 28 U.S.C. § 1446, copies of all process, pleadings and other papers filed in the state court are attached to this Notice as Composite Exhibit A.

Date: November 17, 2021

Respectfully submitted,

/s/ John E. Phillips
John E. Phillips
Florida Bar No. 823155
john.phillips@phelps.com
PHELPS DUNBAR LLP
100 South Ashley Drive, Ste.2000
Tampa, Florida 33602
Telephone: (813) 472-7550
Facsimile: (813) 472-7570

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true a correct copy of the foregoing was served by U.S. Mail on November 17, 2021 to all counsel of record on the Service List below:

/s/ John E. Phillips
Attorney

## SERVICE LIST

Christopher W. Cook, Esq.
The Torchlight Law Firm
515 North Flagler Dr., Suite P-300
West Palm Beach, FL 33401
Email: chriscook@torchlightlaw.com

Counsel for Plaintiff