UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-82090-CIV-DIMITROULEAS

PATRICE A. FRASER,

    Plaintiff,

v.

LABORATORY CORPORATION OF AMERICA,

    Defendant.

_____/

### ORDER APPROVING JOINT STIPULATION OF DISMISSAL

**THIS CAUSE** is before the Court pursuant to the parties' Joint Stipulation of Dismissal With Prejudice, filed February 27, 2023. [DE 34]. The Court, having carefully reviewed the record in this case, the Joint Stipulation of Dismissal [DE 34], and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that:

1. The Joint Stipulation of Dismissal [DE 34] is hereby **APPROVED**.

2. This case is hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own fees and costs.

3. All pending motions are denied as **MOOT**.

4. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Fort Lauderdale, Broward County, Florida, this 28th day of February, 2023.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record